**IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

UNITED STATES OF AMERICA      )

                                       )      No.    20 CR 231

        v.                     )      Judge Harry D. Leinenweber

                                       )

YEN CHAM YUNG              )

### UNOPPOSED MOTION TO AMEND PREVIOUS ORDER GRANTING CONDITIONS OF RELEASE FOR TRAVEL

Defendant, YEN CHAM YUNG, through his attorney, Matthew J. McQuaid, respectfully moves that this Court allow him permission to travel freely within the contiguous 48 states while on pretrial release. In support of this motion, counsel states:

1. The Defendant has been charged with unauthorized possession of government property. The Defendant is currently released with pretrial conditions. The Defendant resides in Colorado Springs, Colorado.

2. The Defendant has been allowed to travel outside of the state of Colorado on numerous occasions. There has never been a problem with any of those trips. The Defendant would like to move freely, without requesting permission from the Court each and every time. The Defendant is aware of his obligations while on pretrial release. He is a retired FBI agent and has been in law enforcement for over 25 years.

3. The Defendant has maintained steady contact with his pretrial officers in Chicago and Colorado Springs. He has not violated any conditions of release. He will give all the specific details and arrangements regarding any trips outside his jurisdiction to his pretrial officer. Counsel has discussed this request with the government.

4. Counsel has communicated with the government regarding this request, and they do not oppose it.

WHEREFORE, the Defendant respectfully requests this Court grant permission to travel freely with the lower 48 states with full disclosure to pretrial.

Respectfully submitted,

s/Matthew J. McQuaid
Attorney for Defendant
120 N. LaSalle St., Suite 2000
Chicago, IL 60602
(312) 763-6289

CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2023, I electronically filed this Motion to Amend Conditions of Release with the Clerk of the United States District Court for the Northern District using the CM/ECF system.

s/Matthew J. McQuaid
Attorney for Defendant
120 N. LaSalle St., Suite 2000
Chicago, IL 60602
(312) 763-6289