**IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.    20 CR 231 |
| v. | ) | Judge Harry D. Leinenweber |
| | ) | |
| YEN CHAM YUNG | ) | |

### MOTION TO AMEND CONDITIONS OF RELEASE AND RETURN OF PROPERTY

Defendant, YEN CHAM YUNG, through his attorney, Matthew J. McQuaid, respectfully moves that this Court allow him permission to retrieve his firearms and return certain items to his possession. In support of this motion, counsel states:

1. The Defendant has been charged with unauthorized possession of government property. The Defendant is currently released with pretrial conditions. The Defendant can reside in Colorado Springs, Colorado and has done so without incident for almost four (4) years. Pursuant to his pretrial release, Defendant was not allowed to be in possession of any firearms.

2. The Defendant was in possession of firearms prior to his arrest on this case. He is a retired FBI Special Agent. Yun removed the firearms from his custody and gave them to a friend, a Department of Defense law enforcement officer. That friend secured the weapons and took them into his own custody for Yun after conditions of bond were entered.

3. The Defendant's friend is moving to Oklahoma, and he cannot take the guns with him. The Defendant asks permission to reacquire his firearms and take possession of them, so as not to violate the current conditions of his pretrial release. The Defendant is not a threat to anyone, not a convicted felon, not charged with a violent offense and has been awaiting trial for 4 years. At the very least, the Defendant needs to find secured storage for the firearms. Yun has a gun vault in the house to store the firearms.

4. The Defendant also  would like to get his retired FBI Credentials and his three cellular phones back from the government. The Credentials were legally earned after 20+ years with the FBI/Department of Justice. This case has no impact on the retired Credentials. The Defendant was not an active FBI Special Agent at the time he was charged with this offense. He was retired. These items were not contraband and have no evidentiary value. The contents of the phones have been harvested and the phones themselves no longer possess evidentiary value.

5. The Defendant has maintained steady contact with his pretrial officers in Chicago and Colorado Springs. He has not violated any conditions of release.

WHEREFORE, the Defendant respectfully requests this Court grant the relief requested in this motion.

Respectfully submitted,

s/Matthew J. McQuaid

Attorney for Defendant
120 N. LaSalle St., Suite 2000
Chicago, IL 60602
(312) 763-6289

CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2024, I electronically filed this Motion to Amend Conditions of Release with the Clerk of the United States District Court for the Northern District using the CM/ECF system.

s/Matthew J. McQuaid
Attorney for Defendant
120 N. LaSalle St., Suite 2000
Chicago, IL 60602
(312) 763-6289