UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

YEN CHAM YUNG

No. 20 CR 231

Judge Harry D. Leinenweber

**OPPOSED MOTION TO CONTINUE
THE TRIAL AND FILING DEADLINES**

The United States of America, by its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, respectfully submits this Motion to Continue the Trial and Filing Deadlines. In support, the government states as follows:

1.      On October 15, 2020, a grand jury returned an indictment charging defendant Yen Cham Yung with one count of unlawful retention of national defense information, in violation of 18 U.S.C. § 793(e), and one count of theft of government property, in violation of 18 U.S.C. § 641. The defendant is not detained.

2.      On November 30, 2022, this Court set a trial date of June 19, 2023. On February 17, 2023, the government filed an Unopposed Motion to Continue Trial, explaining that it was evaluating whether to seek a superseding indictment that charges defendant with possessing additional documents containing classified national defense information. As explained in that motion, this process requires extensive consultations with members of the U.S. intelligence community who weigh in on, among other things, the appropriateness of publicly charging the classified documents. The motion stated that the process would likely take more than four

months to complete (near the then-set trial date), and the government later reported that it expected to have authorizations on whether to supersede by the end of 2023. The Court reset the trial to June 3, 2024.

3.     The prosecution team made substantial efforts to obtain the necessary authorizations to supersede by the end of 2023, including traveling to meet stakeholders in person.  However, due to the number of government stakeholders and the several documents involved, the process of obtaining concurrence from the relevant authorities in the intelligence community to supersede and charge publicly certain classified information has taken much longer than anticipated, despite best efforts and consistently pressing the matter. Recently, however, the government learned that it has received concurrence to charge at least two additional documents containing national defense information. The government now intends to seek a superseding indictment charging defendant's unlawful retention of those documents, in violation of § 793(e).

4.     The government therefore requests the trial date be stricken, and the Court set a new trial date and attendant deadlines. The government further requests that current filing deadlines be stricken pending the setting of a new trial date.

5.     Counsel for the government has conferred with defense counsel on this motion. The defense opposes this motion.

Dated: April 5, 2024

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: /s/ *Thomas P. Peabody*
STEVEN J. DOLLEAR
THOMAS P. PEABODY
Assistants U.S. Attorneys
219 South Dearborn Street, Fifth Floor
Chicago, Illinois 60604

3